UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BROADCAST MUSIC, INC.; GIBB
BROTHERS MUSIC; CROMPTON SONGS;
SONY/ATV SONGS, LLC; SONY/ATV
LATIN MUSIC PUBLISHING, LLC; EMI
BLACKWOOD MUSIC, INC.; COLLIPARK
MUSIC; SOAR LOSER MUSIC; DA
CRIPPLER PUBLISHING; EWC
PUBLISHING CO.; SOULJA BOY TELLEM
MUSIC, INC.; WARNER-TAMERLANE
PUBLISHING CORP.,

              Plaintiffs,

    v.

LOYAL BROTHERS, INC d/b/a NATIVE
SON, and RICARDO RODRIGUEZ, each
individually

              Defendants.

**Civil Action No. 1:22-cv-01590-MEH**

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT

Plaintiffs, by and through Counsel, submit this Response to Defendants' Motion to Set

Aside Clerk's Entry of Default and For Leave to File Answer to Plaintiffs' Complaint

("Motion") (Dkt. 26) to notify the Court that Plaintiffs, through their counsel, do not oppose

Defendants' Motion. Counsel for Defendants contacted the undersigned counsel for Plaintiffs at

the eleventh hour on the day before the deadline to respond to the Court's Order to Show Cause

(Dkt. 24) to discuss this Motion. Due to this timing, Counsel for Plaintiffs was unable to confer

with Plaintiffs regarding Defendants' Motion prior to Defendants' filing of this Motion early on

December 8, 2022. Counsel for Plaintiffs has now conferred with Plaintiffs and hereby submits this Response to notify the Court that, while Plaintiffs do not stipulate to the contents of Defendants' Motion, Plaintiffs do not oppose Defendants' Motion.

Respectfully submitted,

Dated: December 8, 2022

*/s/Kristen M. Geary*
Kristen M. Geary
KGeary@MerchantGould.com
George C. Lewis
glewis@merchantgould.com
1801 California Street, Suite 3300
Denver, CO 80202
Phone: (303) 357-1208

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2022, I electronically filed and served the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF System, which will send notifications of the filing to all parties entered in this matter.

*s/Shannon Maney*
Shannon Maney